Wyatt Johnson, ISB: 5858
Michelle R. Points, ISB: 6224
ANGSTMAN JOHNSON
199 N. Capitol Blvd., Ste. 200
Boise, ID 83702
T | (208) 384-8588
F | (208) 629-2157
E | wyatt@angstman.com
     mpoints@pointslaw.com

*Attorneys for Movants Shawn Cutting and*
*Crypto Traders Management, LLC*

IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CRYPTO TRADERS MANAGEMENT, LLC, a dissolved Idaho limited liability company; and SHAWN CUTTING, an individual, | Case No. |
| Movant, | **DECLARATION OF SHAWN CUTTING** |
| vs. | |
| UNITED STATE SECURITIES AND EXCHANGE COMMISSION, | |
| Respondent. | |

I, Shawn Cutting, I declare under penalty of perjury pursuant to the law of the State of Idaho that the facts set forth herein are true and correct.

1. I am customer of Wells Fargo Bank. I bank at the branch of Wells Fargo Bank located in Rathdrum, Idaho. My bank records are being requested by the United States Securities and Exchange Commission ("SEC") through a subpoena, Exhibit A to the motion filed with this declaration.

2. Crypto Traders Management, LLC had an account with Wells Fargo Bank for a period of a few months in 2018; the account had little use and has been closed for nearly three years.

3. The financial records sought by the SEC are not relevant to the legitimate law enforcement inquiry stated in the Customer Notice that was sent to me because although the account was in the name of Crypto Traders Management, LLC ("CTM"), which is the subject of the SEC investigation, the few transactions that did pass through the account contain, personally identifiable information, in addition to confidential account information belonging to clients of CTM.

DATED this 4th day of December

/s/ Shawn Cutting
By:   Shawn Cutting

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that I have mailed or delivered a copy of the attached to the below listed individuals by the method indicated below:

| | |
|---|---|
| Mary S. Brady<br>Assistant Regional Director<br>Denver Regional Office<br>Securities and Exchange Commission<br>1961 Stout Street, Suite 1700<br>Denver, CO 80294-1961 | [   ] Hand Delivered<br>[ X ] U.S. Mail, Postage Paid<br>[   ] Fax<br>[   ] Email<br>[   ] iCourt Filing |
| Richard M. Humes, Esq.<br>Associate General Counsel<br>Securities and Exchange Commission<br>100 F St., N.E.<br>Washington D.C 20549 | [   ] Hand Delivered<br>[ X ] U.S. Mail, Postage Paid<br>[   ] Fax<br>[   ] Email<br>[   ] iCourt Filing |

/s/ Michelle Points
Michelle R. Points